IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| QUALITY SAUSAGE COMPANY, LLC, HM INTERNATIONAL LLC, GREGORY R. GEIB, AND KATHRYN M. GEIB, | § § § § | |
| *Plaintiffs,* | § § | |
| v. | § § | CIVIL ACTION NO. 4:17-cv-111 |
| TWIN CITY FIRE INSURANCE COMPANY, | § § § § | |
| *Defendant.* | § § | |

**HM INTERNATIONAL LLC AND TWIN CITY FIRE INSURANCE COMPANY'S STIPULATION OF DISMISSAL OF REMAINING CLAIMS**

HM International, LLC ("HMI") asserted the following claims and causes of action against Twin City Fire Insurance Company ("Twin City"): (1) breach of contract/breach of the duty to defend; (2) breach of contract/breach of the duty to indemnify; (3) violations of Chapter 541 of the Texas Insurance Code; (4) breach of the duty of good faith and fair dealing; (5) attorneys' fees; and (6) punitive damages. *See* Doc. No. 1. Previously, the Court granted summary judgment in favor of Twin City on claim number 2, breach of contract/breach of the duty to indemnify. *See* Doc. No. 72. The Court granted summary judgment to HMI on claim number 1, breach of contract/breach of the duty to defend, but left un-adjudicated is HMI's claim for damages associated with that breach. *See* Doc. No. 110. The other claims (items 3, 4, 5, and 6) are un-adjudicated and remain pending.

To bring about a final and appealable judgment with respect to the Court's adjudication of HMI's breach of contract/breach of the duty to indemnify claim, HMI dismisses, with prejudice, all un-adjudicated and pending claims. Specifically, HMI dismisses with prejudice the following: (1) breach of contract/breach of the duty to defend; (2) violations of Chapter 541 of the Texas

Insurance Code; (3) breach of the duty of good faith and fair dealing; (4) all claims for attorneys' fees with the exception of its claim for attorneys' fees under CPRC § 38.001 if the court of appeals reverses the Court's finding with respect to HMI's claim for breach of contract/breach of the duty to indemnify; and (5) punitive damages.

By virtue of this stipulation of dismissal, there are no remaining un-adjudicated claims. As such, the parties shall submit a Final Judgment and jointly request its entry.

Respectfully submitted,

COLE SCHOTZ, P.C.

By: */s/ Aaron D. Davidson*
    Aaron D. Davidson
    State Bar No. 24007080
    adavidson@coleschotz.com
    Timothy J.H. Craddock
    tcraddock@coleschotz.com
    State Bar No. 24082868
    901 Main Street, Suite 4120
    Dallas, Texas 75202
    (469) 557-9390

**COUNSEL FOR HM INTERNATIONAL LLC**

CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & AUGHTRY

By: */s/ Christine Kirchner*
    Christine Kirchner
    State Bar No. 00784403
    c.kirchner@chamberlainlaw.com
    1200 Smith St., 14th Floor
    Houston, Texas 77002
    (713) 658-1818

**COUNSEL FOR TWIN CITY FIRE INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I do hereby certify that on this 6th day of February 2020, the foregoing was filed in this matter via the Court's CM/ECF system, which will electronically notify all counsel of record of the filing.

*/s/ Aaron D. Davidson*
Aaron D. Davidson